IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED LLC § § § v. § § CANON, INC. § § | Case No. 6:12-cv-202 (Consolidated—Lead Case) |

## ORDER ON MOTION TO CORRECT THE DOCKET

Before the Court are Defendant Shuttle Computer Group, Inc.'s and HiTi Digital America, Inc.'s Motions to Correct the Docket and, in the Alternative, for Extension of Time to Respond to the Complaint (Doc. Nos. 68 & 69). Plaintiff filed a response of non-opposition to both motions (Doc. Nos. 81 & 82).[1]

In view of the unopposed nature of the requests, the Court **GRANTS** Defendants' motions. Accordingly, the Clerk shall correct the docket indication of "served on 2/27/2014, answer due on 3/20/14" on Docket Number 23 in Case No. 6:12-cv-217 to indicate "served on 3/15/2014, answer or response due by 4/8/2014." Additionally, the Clerk shall correct the docket indication of "served on 2/27/2014 answer due on 3/20/14" on Docket Number 26 in Case No. 6:12-cv-207 to indicate "served on 3/14/2014, answer or response due 4/7/2014".

**It is SO ORDERED.**

**SIGNED this 16th day of April, 2014.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE

---

[1] The Court notes that Defendants Shuttle Computer Group, Inc. and HiTi Digital America, Inc. requested and received extensions to answer the complaint pursuant to Local Rule CV-12.